**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

OLAKUNLE OSHODI, AKA Bode
Okeowo, AKA Olakunle Akintola
Oshodi, AKA Olakunle Akintola
Akinbayo Oshodi, AKA Isaac
Oliver Alger, AKA Curtis Evans,
AKA Bode Olacune Okeowo,
AKA Isaac Okeowo,
                                  *Petitioner,*

            v.

ERIC H. HOLDER Jr., Attorney
General,
                                  *Respondent.*

No. 08-71478

Agency No.
A023-484-662

ORDER

Filed May 3, 2012

## ORDER

KOZINSKI, Chief Judge:

   Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.